UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 04-rj-00020-PAC

STUDENT LOAN MARKETING ASSOCIATION,

        Plaintiff,

v.

KAREN A. DAVIS,

        Defendant,

and

AFTER HOURS PHYSICIAN GROUP/LMC RESOURCES INC.,

        Garnishee.

## GARNISHEE ORDER

On motion of the plaintiff and good cause appearing, IT IS HEREBY ORDERED that Garnishee AFTER HOURS PHYSICIAN GROUP/LMC RESOURCES INC. shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

BY THE COURT:

Dated: 1-2-07

_____
UNITED STATES MAGISTRATE JUDGE
O. EDWARD SCHLATTER