IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-rj-00020-PAC

STUDENT LOAN MARKETING ASSOCIATION,

       Plaintiff,

   v.

KAREN A. DAVIS,

       Defendant,

   and

AFTER HOURS PHYSICIAN GROUP/LMC RESOURCES INC.,

       Garnishee.

---

## ORDER DISMISSING WRIT OF GARNISHMENT

---

This matter coming before the Court on motion of the Plaintiff and the Court being fully advised in the premises, the Court hereby **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

ORDERED and entered this __5th__ day of February, 2007.

BY THE COURT:

s/O. Edward Schlatter
UNITED STATES MAGISTRATE JUDGE