IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-rj-00020-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KAREN A. DAVIS,

      Defendant,

      and

LONE TREE FAMILY MEDICINE,

      Garnishee.
_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This matter is before the Court on Plaintiff's **Motion to Dismiss Writ of Garnishment** [Docket No. 21; filed November 9, 2007] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Writ of Garnishment directed to Lone Tree Family Medicine in the above captioned case is DISMISSED.

      Dated:  November 14, 2007